UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOEY CARMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18-cv-1429 |
| | ) |
| HUBBARD BROADCASTING, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CONSENT MOTION TO TRANSFER ACTION AND FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

The parties jointly respectfully move to (1) voluntarily transfer this action to the District of Arizona and (2) extend the time for Defendant Hubbard Broadcasting, Inc. ("HBI") to answer or otherwise respond to the Complaint of Plaintiff Joey Carman ("Plaintiff") from November 22, 2018 to December 21, 2018. As grounds for this motion, the parties state as follows:

1.  Plaintiff filed this action on August 27, 2018 in this Court.

2.  HBI has informed Plaintiff that it believes personal jurisdiction in this Court is lacking and that, if the case is not transferred, it intends to move to dismiss on this basis. The parties have agreed that instead of engaging in motion practice the case should be voluntarily transferred to the District of Arizona.

3.  To allow time for the case to be transferred, HBI requests that the deadline for it to answer or otherwise respond to the Complaint be extended to December 21, 2018.

4.  This is HBI's third request for an extension of time to answer or otherwise respond to the Complaint. HBI was served on August 30, 2018, and therefore its response to the

Complaint was originally due September 20, 2018. At HBI's request, this Court previously extended this deadline to October 22, 2018 and then November 22, 2018.

5. Since these extensions were granted, the parties have engaged in settlement negotiations. The parties anticipate those discussions will continue following transfer.

6. This motion is not made for the purpose of delay, no party will be prejudiced by this extension, and the requested extension will not impact any other deadlines.

7. Plaintiff's counsel has consented to the requested extension.

WHEREFORE the parties jointly respectfully request that the Court transfer this action to the District of Arizona and that the deadline for HBI to answer or otherwise respond to Plaintiff's Complaint up to and including December 21, 2018.

RESPECTFULLY SUBMITTED this 19th day of November, 2018.

| BALLARD SPAHR LLP | LIEBOWITZ LAW FIRM, PLLC |
|---|---|
| By: /s/ *David J. Bodney* <br> David J. Bodney (*pro hac vice*) <br> 1 East Washington Street, Suite 2300 <br> Phoenix, AZ 85004-2555 <br><br> Thomas B. Sullivan (*pro hac vice*) <br> 1675 Broadway, 19th Floor <br> New York, NY 10019 <br><br> *Attorneys for Defendant* <br> *Hubbard Broadcasting, Inc.* | By: /s/ *Richard Liebowitz* (with permission) <br> Richard Liebowitz <br> 11 Sunrise Plaza, Suite 305 <br> Valley Steam, NY 11580 <br><br> *Attorneys for Plaintiff* <br> *Joey Carman* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2018, I caused copies of the foregoing CONSENT MOTION TO TRANSFER ACTION AND FOR EXTENSION OF TIMETO FILE ANSWER OR OTHER RESPONSIVE PLEADING to be served via the Court's CM-ECF system on all counsel of record.

                                    */s/ David J. Bodney*
                                    David J. Bodney