CLOSED,AO121

# U.S. District Court
# Eastern District of Missouri (St. Louis)
# CIVIL DOCKET FOR CASE #: 4:18–cv–01429–RWS

| | |
|---|---|
| Carman v. Hubbard Broadcasting, Inc. | Date Filed: 08/27/2018 |
| Assigned to: District Judge Rodney W. Sippel | Date Terminated: 11/21/2018 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Joey Carman**  represented by  **Richard Paul Liebowitz**
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza
#305
Valley Stream, NY 11580
516–233–1660
Fax: 516–612–2740
Email: RL@LiebowitzLawFirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

V.

**Defendant**

**Hubbard Broadcasting, Inc.**  represented by  **David J Bodney**
BALLARD SPAHR LLP
1 E. Washington St.
Suite 2300
Pheonix, AZ 85004
602–798–5454
Fax: 602–798–5595
Email: bodneyd@ballardspahr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Thomas Byrne Sullivan**
BALLARD SPAHR LLP
1675 Broadway
19th Floor
New York, NY 10019–5820
212–850–6139
Fax: 212–223–1942
Email: sullivant@ballardspahr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

*Designation: Retained*
*Bar Status: Phv*

Email All Attorneys
(will not send to terminated parties)

Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2018 | Ï 1 | COMPLAINT against defendant Hubbard Broadcasting, Inc. with receipt number 0865−6718459, in the amount of $400 Jury Demand,, filed by Joey Carman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Summons, # 5 Civil Cover Sheet, # 6 Copyright Form)(Liebowitz, Richard) (Entered: 08/27/2018) |
| 08/28/2018 | Ï | Case Opening Notification: All non−governmental organizational parties (corporations, limited liability companies, limited liability partnerships) must file Disclosure of Organizational Interests Certificate (moed−0001.pdf). Judge Assigned: U.S. District Judge Rodney W. Sippel. Summons to issue when Notice of Process Server and Origianl Filing Form are filed. (BAK) (Entered: 08/28/2018) |
| 08/28/2018 | Ï 2 | REPORT to Commissioner of filing or determination of an action regarding copyright. (BAK) (Entered: 08/28/2018) |
| 08/29/2018 | Ï 3 | NOTICE OF PROCESS SERVER by Plaintiff Joey Carman Process Server: Missouri Process Serving, LLC (Liebowitz, Richard) (Entered: 08/29/2018) |
| 08/29/2018 | Ï | Summons Issued as to defendant Hubbard Broadcasting, Inc.. The summons was emailed to attorney Richard Paul Liebowitz. (BAK) (Entered: 08/29/2018) |
| 09/13/2018 | Ï 4 | MOTION for Leave to Appear Pro Hac Vice Thomas Byrne Sullivan. The Certificate of Good Standing was attached.(Filing fee $100 receipt number 0865−6752591) by Defendant Hubbard Broadcasting, Inc.. (Sullivan, Thomas) (Entered: 09/13/2018) |
| 09/13/2018 | Ï 5 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Defendant Hubbard Broadcasting, Inc.. Parent companies: none, Subsidiaries: none, Publicly held company: none,. (Sullivan, Thomas) (Entered: 09/13/2018) |
| 09/14/2018 | Ï 6 | Docket Text ORDER: Re: 4 MOTION for Leave to Appear Pro Hac Vice Thomas Byrne Sullivan. The Certificate of Good Standing was attached.(Filing fee $100 receipt number 0865−6752591) by Defendant Hubbard Broadcasting, Inc.. (Sullivan, Thomas) filed by Hubbard Broadcasting, Inc. ; ORDERED GRANTED. Signed by District Judge Rodney W. Sippel on 9/14/18. (ARL) (Entered: 09/14/2018) |
| 09/14/2018 | Ï 7 | Consent MOTION for Extension of Time to File Answer re 1 Complaint, by Defendant Hubbard Broadcasting, Inc.. (Sullivan, Thomas) (Entered: 09/14/2018) |
| 09/17/2018 | Ï 8 | Docket Text ORDER: Re: 7 Consent MOTION for Extension of Time to File Answer re 1 Complaint, by Defendant Hubbard Broadcasting, Inc.. (Sullivan, Thomas) filed by Hubbard Broadcasting, Inc. ; ORDERED GRANTED. Signed by District Judge Rodney W. Sippel on 9/17/18. (ARL) (Entered: 09/17/2018) |
| 10/01/2018 | Ï 9 | MOTION for Leave to Appear Pro Hac Vice David J. Bodney. The Certificate of Good Standing was attached.(Filing fee $100 receipt number 0865−6787496) by Defendant Hubbard Broadcasting, Inc.. (Bodney, David) (Entered: 10/01/2018) |

| | | |
|---|---|---|
| 10/02/2018 | 10 | Docket Text ORDER: Re: 9 MOTION for Leave to Appear Pro Hac Vice David J. Bodney. The Certificate of Good Standing was attached.(Filing fee $100 receipt number 0865−6787496) by Defendant Hubbard Broadcasting, Inc.. (Bodney, David) filed by Hubbard Broadcasting, Inc. ; ORDERED GRANTED. Signed by District Judge Rodney W. Sippel on 10/2/2018. (NEP) (Entered: 10/02/2018) |
| 10/12/2018 | 11 | Consent MOTION for Extension *of Time to File Answer or Other Responsive Pleading* by Defendant Hubbard Broadcasting, Inc.. (Bodney, David) (Entered: 10/12/2018) |
| 10/17/2018 | 12 | Docket Text ORDER: Re: 11 Consent MOTION for Extension *of Time to File Answer or Other Responsive Pleading* by Defendant Hubbard Broadcasting, Inc. (Bodney, David) filed by Hubbard Broadcasting, Inc.; ORDERED GRANTED. Signed by District Judge Rodney W. Sippel on 10/17/18. (KEK) (Entered: 10/17/2018) |
| 11/19/2018 | 13 | Consent MOTION to Transfer Case to District of Arizona, Consent MOTION for Extension of Time to File Answer re 1 Complaint, by Defendant Hubbard Broadcasting, Inc.. (Bodney, David) (Entered: 11/19/2018) |
| 11/21/2018 | 14 | MEMORANDUM AND ORDER OF TRANSFER: IT IS HEREBY ORDERED that defendant's motion for extension of time to file a responsive pleading 13 −2 is granted, and defendant shall have up to and including December 21, 2018 to answer or otherwise respond to plaintiff's complaint. IT IS FURTHER ORDERED the motion to transfer 13 −1 is granted, and this action is transferred to the District of Arizona. Signed by District Judge Rodney W. Sippel on 11/21/18. (ARL) (Entered: 11/21/2018) |