# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**DEBRA D. LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

November 26, 2018

To: All Parties/Counsel of Record

   **Re:  Carman v. Hubbard Broadcasting Incorporated**
       **4:18-cv-1429**

Dear Parties/Counsel of Record:

The above mentioned cause of action has been received in this district and has been assigned to the Honorable Dominic W. Lanza for all further proceedings.  All future pleadings should now list the following complete case number:  **CV-18-4195-PHX-DWL**.

If any documents have been filed in Missouri  since the transfer of this case, please arrange with the Clerk there to send them to this office for filing. **All pending matters must be renoticed before this Court**.

Sincerely,

**BRIAN D. KARTH, DCE/CLERK**


By: s/M. Pruneau
    Deputy Clerk

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*